McGREGOR W. SCOTT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for United States of America,
Heidi Rieck, and Charles Brooks

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK SELFA,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA; CAPTAIN H. RIECK; OFFICER C. BROOKS, individually and in their capacity as employees of the United States of America; and DOES 1 through 50, Inclusive,<br><br>                Defendants. | CASE NO. 2:17-cv-01819 MCE-CKD<br><br>**CERTIFICATION OF SCOPE OF FEDERAL EMPLOYMENT; ORDER** |

      The undersigned, Edward A. Olsen, Chief of the Civil Defensive Litigation Division of the Office of the United States Attorney for the Eastern District of California, pursuant to the provisions of 28 U.S.C. § 2679(d) and 28 C.F.R. § 15.4, and by virtue of the authority delegated to him by the United States Attorney, hereby certifies:

      1.    I have read the complaint filed by Rick Selfa in this action.

      2.    On the basis of the information now available to me, Defendants Heidi Rieck and Charles Brooks were employees of the United States and were acting within the scope of such employment at the time of the alleged incident giving rise to the complaint, and so, by operation of law, are entitled to

the official immunity of the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680.

3. This certification, by operation of 28 U.S.C. § 2679(d)(1), effects the substitution of the United States as the proper defendant for Plaintiff's tort claims in lieu of Heidi Rieck and Charles Brooks, who should be dismissed as to Plaintiff's tort claims pursuant to their official immunity.

Dated this 8th day of March 2018.

/s/ Edward A. Olsen
EDWARD A. OLSEN
Assistant United States Attorney
Chief, Civil Defensive Litigation Division

**ORDER**

IT IS SO ORDERED.

Dated: March 14, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE