1  McGREGOR W. SCOTT
   United States Attorney
2  CHI SOO KIM
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for United States of America,
   Heidi Rieck, and Charles Brooks
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RICK SELFA, | CASE NO. 2:17-cv-01819 MCE-CKD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS AND PARTIES** |
| v. | |
| UNITED STATES OF AMERICA; CAPTAIN H. RIECK; OFFICER C. BROOKS, individually and in their capacity as employees of the United States of America; and DOES 1 through 50, Inclusive, | |
| Defendants. | |

Plaintiff Rick Selfa and Defendants United States of America, Heidi Rieck, and Charles Brooks (collectively, "Federal Defendants"), by and through their counsel, hereby stipulate to the following:

1. Plaintiff dismisses with prejudice all constitutional claims against all Defendants, the battery claim against all Defendants, the conversion claim against all Defendants, the California Civil Code § 52.1 claim against all Defendants, and the California Civil Code § 51.7 claim against all Defendants arising out of the January 2015 incident at issue in this lawsuit. *See* Compl.

2. Plaintiff dismisses with prejudice all claims against Defendants Rieck and Brooks arising out of the January 2015 incident at issue in this lawsuit. *See* Compl. Defendants Rieck and Brooks should therefore be dismissed with prejudice.

3. The only claims that remain in this lawsuit are the following:

    a. Assault under the Federal Tort Claims Act ("FTCA") against the United States only.

    b. False imprisonment/ arrest under the FTCA against the United States only.

    c. Negligence under the FTCA against the United States only.

*See* Compl. All other claims are dismissed with prejudice.

4. Plaintiff withdraws his request for attorney's fees and punitive damages from the United States for the remaining claims. *See* Compl., Prayer for Relief ¶¶ 3, 4.

5. Each party shall bear his or her own fees, costs, and expenses as to the dismissed claims and parties.

Respectfully Submitted,

DATED: March 15, 2018      HOMAN & STONE

/s/ *J. Pat Ferraris* (as authorized on 3/15/2018)
J. PAT FERRARIS
Attorneys for Plaintiff Rick Selfa

DATED: March 15, 2018      McGREGOR W. SCOTT
United States Attorney

*/s/ Chi Soo Kim*
CHI SOO KIM
Assistant United States Attorney
Attorneys for Federal Defendants

# ORDER

In accordance with the foregoing stipulation of counsel, and good cause appearing, the Court orders as follow:

1. All constitutional claims against all Defendants, the battery claim against all Defendants, the conversion claim against all Defendants, the California Civil Code § 52.1 claim against all Defendants, and the California Civil Code § 51.7 claim against all Defendants arising out of the January 2015 incident at issue in this lawsuit are dismissed with prejudice. *See* Compl.

2. All claims against Defendants Heidi Rieck and Charles Brooks arising out of the January 2015 incident at issue in this lawsuit are dismissed with prejudice. *See* Compl. Therefore, Defendants Rieck and Brooks are dismissed with prejudice.

3. The only claims that remain in this lawsuit are the following:

    a. Assault under the Federal Tort Claims Act ("FTCA") against the United States only.

    b. False imprisonment/ arrest under the FTCA against the United States only.

    c. Negligence under the FTCA against the United States only.

*See* Compl. All other claims are dismissed with prejudice.

4. Plaintiff withdraws his request for attorney's fees and punitive damages from the United States for the remaining claims. *See* Compl., Prayer for Relief ¶¶ 3, 4.

5. Each party shall bear his or her own fees, costs, and expenses as to the dismissed claims and parties.

IT IS SO ORDERED.

Dated: March 17, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE