McGREGOR W. SCOTT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK SELFA, | CASE NO. 2:17-cv-01819 MCE-CKD |
| Plaintiff, | **JOINT SCHEDULING STIPULATION AND ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff Rick Selfa and Defendant United States respectfully respond to the Court's Initial Pretrial Scheduling Order. [ECF No. 4] After service was completed, Federal Defendants timely filed their response to the Complaint by filing a motion to dismiss in part. [ECF No. 13] On March 20, 2018, the Court dismissed Defendants Heidi Rieck and Charles Brooks with prejudice and dismissed claims with prejudice pursuant to the parties' joint stipulation. [ECF No. 17] As a result, Defendant United States is the only remaining defendant, only three claims under the Federal Tort Claims Act ("FTCA") remain in this action, and Federal Defendants' motion to dismiss the Complaint in part is now moot. [ECF Nos. 13, 17] Plaintiff and Defendant met and conferred on April 5, 2018.

Plaintiff and Defendant, by and through their undersigned attorneys, respectfully stipulate to and request modification of the Initial Pretrial Scheduling Order and request that the following schedule be implemented. Good cause is established due to the inadvertent delay in completing service, the narrowing of the claims and parties, and the parties' cooperation in efficiently litigating this action.

| | |
|---|---|
| Exchange Rule 26(a) Initial Disclosures: | May 7, 2018 |
| Non-expert discovery cutoff: | November 5, 2018 |
| Plaintiff's expert disclosures: | January 7, 2019 |
| Defendant's expert disclosures: | February 4, 2019 |
| Supplemental expert disclosures: | February 25, 2019 |
| Expert discovery cutoff: | April 8, 2019 |
| Dispositive motion cutoff (filing): | May 6, 2019 (180 days after the close of non-expert discovery) |
| Joint Notice of Trial Readiness | Within 30 days of receiving the Court's ruling on the last filed dispositive motion |
| Final Pretrial Conference | To be determined per Initial Pretrial Scheduling Order |
| Trial | To be determined per Initial Pretrial Scheduling Order |

All other requirements within the August 31, 2017 Initial Pretrial Scheduling Order remain in effect.

Respectfully Submitted,

Dated: April 9, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Chi Soo Kim*
CHI SOO KIM
Assistant United States Attorney

Attorneys for the United States of America

DISENHOUSE LAW APC

Dated: April 9, 2018

*/s/ J. Pat Ferraris* (as authorized on 4/9/18)
J. PAT FERRARIS

Attorneys for Plaintiff Rick Selfa

# **ORDER**

Finding good cause, the foregoing stipulation between the parties is hereby APPROVED. The deadlines set forth in the August 31, 2017 Initial Pretrial Scheduling Order [ECF No. 4] are extended as follows:

| | |
|---|---|
| Exchange Rule 26(a) Initial Disclosures: | May 7, 2018 |
| Non-expert discovery cutoff: | November 5, 2018 |
| Plaintiff's expert disclosures: | January 7, 2019 |
| Defendant's expert disclosures: | February 4, 2019 |
| Supplemental expert disclosures: | February 25, 2019 |
| Expert discovery cutoff: | April 8, 2019 |
| Dispositive motion cutoff (filing): | May 6, 2019 (180 days after the close of non-expert discovery) |
| Joint Notice of Trial Readiness | Within 30 days of receiving the Court's ruling on the last filed dispositive motion |
| Final Pretrial Conference | To be determined per Initial Pretrial Scheduling Order |
| Trial | To be determined per Initial Pretrial Scheduling Order |

In all other respects, the August 31, 2017 Initial Pretrial Scheduling Order and all of its other provisions shall remain in full force and effect.

IT IS SO ORDERED.

Dated: April 16, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE